UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA DEL CARLO, as the Conservator of the Person and Estate of RAINI DEL CARLO, <br><br> Plaintiff, <br><br> v. <br><br> VESTWELL STATE SAVINGS, LLC; and CALABLE, <br><br> Defendants. | Case No. 2:25-CV-00746-DJC-JDP <br><br><br> **ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, without opposition from Defendants, requests an extension of time to respond to Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED, that Plaintiffs shall have until June 13, 2025, to respond to Defendant's Motion to Dismiss and Defendant's deadline to file a reply is June 27, 2025.

SO ORDERED this 9th day of June, 2025.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE