

# United States District Court
# Eastern District of California

Chandra Del Carlo

Plaintiff(s)

V.

Vestwell State Savings, LLC, et al.

Defendant(s)

Case Number: 2:25-cv-00746-DJC-JDP

**APPLICATION FOR PRO HAC VICE AND ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel A. Schlanger hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Chandra Del Carlo

On 08/24/2006 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Sparkman v. Comerica Bank, 2:24-cv-01206-DJC-DMC, Applied for 10/29/24, Granted 10/30/24

Date: 06/12/2025    Signature of Applicant: /s/ Daniel A. Schlanger

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Daniel A. Schlanger |
| Law Firm Name: | Schlanger Law Group, LLP |
| Address: | 150 Allens Creek Road, Suite 240 |
| City: | Rochester   State: NY   Zip: 14618 |
| Phone Number w/Area Code: | (212) 500-6114 |
| City and State of Residence: | Rochester, New York |
| Primary E-mail Address: | dschlanger@consumerprotection.net |
| Secondary E-mail Address: | paralegal@consumerprotection.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nicholas Barthel |
| Law Firm Name: | Barthel Legal, APC |
| Address: | 2173 Salk Ave., Suite 250 |
| City: | Carlsbad   State: CA   Zip: 92008 |
| Phone Number w/Area Code: | (760) 259-0033   Bar #: 319105 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 16, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE