UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA DEL CARLO, as the conservator of the Person and Estate of Raini Del Carlo,<br><br>Plaintiff,<br><br>v.<br><br>VESTWELL STATE SAVINGS, LLC, et al.,<br><br>Defendants. | No. 2:25-cv-00746-DJC-JDP<br><br><br>ORDER |

On July 8, 2025, Plaintiff's Counsel filed a Motion to Continue the hearing set on July 10, 2025, for Defendants' Motion to Dismiss (ECF No. 7). (Mot. Continue (ECF No. 16).) Plaintiff's Counsel requests the continuance because the lead attorney for this matter, Paul Tadross, recently gave his notice at the Schlanger Law Group and his last day is July 9, 2025. (*Id.* ¶ 5.) The other counsel for Plaintiff are also unable to attend the hearing due to scheduling conflicts. (*See id.* ¶¶ 6–7.) Defendants' Counsel did not consent to moving the hearing date. (*Id.* ¶ 8.)

Although the Court notes Paul Tadross does not appear to be listed in this matter, the Court finds good cause exists to GRANT the request for continuance. However, given the timing of Plaintiff Counsels' request mere days before the long-

1

scheduled hearing, and Defendants' Counsel's representation that he has already booked travel and arranged to attend the July 10, 2025 hearing date, Plaintiff's Counsel are ORDERED to reimburse opposing counsel for any changes in the travel costs to accommodate the new hearing date. The hearing for Defendants' Motion to Dismiss (ECF No. 7) is hereby continued to July 31, 2025, at 1:30 P.M. in Courtroom 7 before the Honorable Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  **July 8, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE