1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT FOR THE**
9                  **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| CHANDRA DEL CARLO, as the conservator of the Person and Estate of RAINI DEL CARLO, | Case No.:    2:25-cv-00746-DJC-JDP |
| Plaintiff, | |
| v. | |
| VESTWELL STATE SAVINGS, LLC and CALABLE, | |
| Defendants. | |

1


**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned, counsel for Plaintiff and CalABLE and Vestwell State Savings, LLC ("Defendants"), hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues and dismisses the above-titled action with prejudice and without costs. The parties shall bear their own costs and fees, including attorneys' fees.

| | |
|---|---|
| */s/ Mark J. Goldsmith*<br>Mark J. Goldsmith<br>Baird Holm LLP<br>1700 Farnam Street. Suite 1500<br>Omaha, NE 68102-2068<br>T: (402) 636-8314<br>F: (402) 344-0588<br>E: mgoldsmith@bairdholm.com<br><br>*Attorney for Defendants CalABLE and Vestwell State Savings, LLC* | */s/ Daniel A. Schlanger*<br>Schlanger Law Group, LLP<br>150 Allens Creek Road, Suite 240<br>Rochester, NY 14618<br>T: 212-500-6114<br>F: 646-612-7996<br>E: dschlanger@consumerprotection.net<br><br>*/s/ Nicholas Barthel*<br>2173 Salk Avenue, Suite 250<br>Carlsbad, CA 92008<br>T: (760) 259-0033<br>E: nick@barthelbarthel.com<br><br>*Attorneys for Plaintiff* |

**SO ORDERED.**

Dated: November 12, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2